UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ THEFOURTHAMIGO, LLC,            │
│                                 │
│         Plaintiff,              │
│                                 │
│     -v-                         │
│                                 │
│ MCLAREN AUTOMOTIVE, INC.,       │
│                                 │
│         Defendant.              │
└─────────────────────────────────┘
```

24-cv-9818 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On July 28, 2025, the Court entered an Order dismissing this case with prejudice, with leave to any party to move within 30 days to reopen the case if the parties' settlement had not been fully effectuated. See ECF No. 9. On August 26, 2025, the parties informed the Court that, while they have diligently been working to fully effectuate their settlement within the 30 days provided for under the Court's Order, completing that process might require a short additional period of time.

Accordingly, the Court hereby modifies its previous Order to the extent that leave is hereby granted to any party to move, no later than September 5, 2025, to reopen the case if the settlement is not fully effectuated.

No further extensions to the timeframe for effectuating settlement will be granted.

SO ORDERED.

Dated:   New York, NY
         August 27, 2025

*Jed S. Rakoff*
JED S. RAKOFF, U.S.D.J.

1